H.7 FILED COPY
MAY 14 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

NH (B6C0183E)   5-7-2

To: Eastern District of Tennessee

File Title
Black, Chris

From: Edward J Mitchell

**Case Background Information.**

United STATES ATTORNEY: Tracy Stone Jan 24, 2013 Debrief Present 7th CTF Brian Yook / ORPD Sergeant Jeremy Huddleston. And this Defendant who Gave Anything to get Deal no Proof!

An how this case File is "Chris Black" for some Reason? This Resulted In to Rico's In Anderson County Labeled Arkasnwa & Knoxville 36 or More Arrested on 300grams together. But 32 plead to some type of charges an or now back on the streets with split/confin Probation Trial was set In 2017! Now It's been put off for the 3·4 time In Jan-Feb 2021 ←? Each District is Different so I thought I try A Bigger Court to see what SPEEDY TRIALS AN DUE PROCESS means In Your Law Book? Also about how each Person can be labeled an Sentence Under Guideline Law Guidlines?? Attorney Jacob Feuer is My Lawyer an Doing A Good Job At It. Every Lawyer I had has said that the 7th Judical Court does thing by Conviction Rate Not Guilty or Not. I'm now see the Realization of these corroborated information. Its so much But I'll Be Fast with why I'm writing?? A few Big Reason! Bond an Health with the County! Revoke bond / Revcation Hearing 2016 Dec 22. Reason Revoked by Judge: New charge while on Bond.



The Charge was Dismissed In General Session but the witness changed the Story an worked with the D.A. to come to the Revcation/Hearing an tell her story to the Judge on tape so the A.D.A could Ask for me to be Held without Bond. My Attorney Ask to have hearing Reset Do to the Suprise Hearing an not Enough Days to Ask Question or get Witness on my Behave! The Judge said No An Proceed. OK Held without Bond until Trial 2017. Judge has Transcripts but want Release Due to the lies that had Him to Revoke My Bond. Facts: Witness changed Story In Trial an I was Not Guilty of Her testimony I've Not missed court ever an what they claim is A Threat to Society was Seen Otherwise by A Jury. Nothing on My Record says this Either on A Transcript Nobody can Hear the Judge says! HEALTH! Issues Very High Blood, An Need Breathing Machine to Keep from Dieing In my Sleep an this County Is Not -it to House ME But they Have Since Dec, 22, 2016 — May 6'20 I got Medical Request an Grievance! Now COVID-19 an they say I'm Non-Violent/medically But My Court Dates or Reset an I still getting pushed Under the Rug At Anderson County Jail. My Lawyer says Motion for Bond Is In Motion But Why Does things like this go on an D.O.J Aint Addressing these type County's? I wrote Mayor Terry Franks Guess I'll Write Gov. Bill Lee. Thanks for you time! Stay SAFE An Alive COVID-19. Court's or Hurting People!

Edward Mitchell
308 Public Safety Ln
Clinton, TN 37716

Edward Mitchell
308 Public Safety Ln
Clinton, TN 37716

Legal

Eastern Div of Tennessee Clerk Office
800 Market St. Suite 130
Knoxville, TN 37902

INSPECTED

37902-230030

RECEIVED
MAY 14 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville